IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JEFFREY D.,[1] | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. 3:24-CV-555-RCY-SLS ) |
| FRANK BISIGNANO,[2] COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| *Defendant.* | ) ) ) |

**FINAL ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Summer L. Speight entered on August 14, 2025 (ECF No. 16).  The time to file objections has expired, and neither party has objected to the Report and Recommendation.  Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) The Report and Recommendation (ECF No. 16) is ACCEPTED and ADOPTED as the OPINION of the Court;

(2) Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED;

(3) Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED;

(4) The final decision of the Commissioner is REVERSED;

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by first name and last initial in social security cases.

[2] Frank Bisignano was sworn in as the Commissioner of Social Security on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Commissioner as Defendant in this action.  42 U.S.C. § 405(g).  No further action need be taken.  42 U.S.C. § 405(g).

(5)  The case shall be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further administrative proceedings consistent with this Report and Recommendation; and

(6)  Final judgment shall be ENTERED under Rule 58 of the Federal Rules of Civil Procedure.

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is SO ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 2, 2025
Richmond, Virginia